B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Delaware

In re   **Beverly Hills Bancorp Inc.** _____ ,
                                        Debtor

Case No. __**14-10897(KJC)**__

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,832,594.56 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 36,079,413.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 16,832,594.56 | | |
| Total Liabilities | | | | 36,079,413.60 | |

B6A (Official Form 6A) (12/07)

In re    **Beverly Hills Bancorp Inc.**                 Case No.    **14-10897(KJC)**

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

   __0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Beverly Hills Bancorp Inc.**                                                    Case No.    **14-10897(KJC)**
_____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **IDB Bank of New York Acct XXX2655** **9401 Wilshire Blvd Suite 600** **Beverly Hills, CA 90212** **Note: Account is subject to an escrow agreement, dated December 22, 2011 between Debtor, Robert H. Kanner, other Covered Persons (as defined in the agreement) and Israel Discount Bank of New York as escrow agent.** | - | 2,000,000.00 |
| | | **IDB of New York Acct XXXX9429** **9401 Wilshire Blvd. Suite 600** **Beverly Hills, CA 90212** | - | 4,285,649.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        6,285,649.46
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Beverly Hills Bancorp Inc.**                                              Case No.   **14-10897(KJC)**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **WFC Inc.**  **Assets of WFC, Inc., may include, but are not limited to, any residual value that may exist from real estate loans and mortgage-backed securities of First Bank of Beverly Hills, an indirect wholly-owned subsidiary of the Debtor, currently under receivership by the Federal Deposit Insurance Corporation.** | - | Unknown |
| | | **BH Commercial Capital I, Inc.** | - | Unknown |
| | | **BH Commerical Capital II, Inc.** | - | 0.00 |
| | | **Beverly Hills Statutory Trust 2006** | - | 0.00 |
| | | **Beverly Hills Statutory Trust II** | - | 0.00 |
| | | **WFSG Mexico S. de R.L. de C.V.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Legal fees to be reimbursed by various law firms upon payment from insurance carriers.** | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Beverly Hills Bancorp Inc.**                                      Case No.    **14-10897(KJC)**
                                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against Andrew A. Weiderhorn** | - | **10,546,945.10** |
| | | **Tax refunds.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >    **10,546,945.10**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Beverly Hills Bancorp Inc.**                                          Case No.   **14-10897(KJC)**
_____                    _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 16,832,594.56 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re   **Beverly Hills Bancorp Inc.**                                                    ,        Case No.   **14-10897(KJC)**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Beverly Hills Bancorp Inc.**                                     Case No. ___14-10897(KJC)___
                                                                          ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___2___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Beverly Hills Bancorp Inc.**                                    Case No.  __14-10897(KJC)__
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Florida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399 | - | | | X | X | X | Unknown / Unknown | Unknown | 0.00 |
| Account No. Franchise Tax Board PO Box 942857 Sacramento, CA 94257 | - | | | X | X | X | Unknown / Unknown | Unknown | 0.00 |
| Account No. Louisana Department of Revenue PO Box 201 Baton Rouge, LA 70821 | - | | | X | X | X | Unknown / Unknown | Unknown | 0.00 |
| Account No. Oregon Department of Revenue 255 Capital St NE Suite 151 Salem, OR 97310 | - | | | X | X | X | Unknown / Unknown | Unknown | 0.00 |
| Account No. State Comptroller PO Box 149348 Austin, TX 78714 | - | | | X | X | X | Unknown / Unknown | Unknown | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page): 0.00    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                    ,    Case No.    **14-10897(KJC)**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| State of New Jersey PO Box 247 Trenton, NJ 08646 | - | | | X | X | X | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| US Treasury 1500 Pennsylvania Ave NW Washington, DC 20220 | - | | | X | X | X | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | 0.00 | 0.00 |
|---|---|---|---|---|
| | | 0.00 | | |
| | Total (Report on Summary of Schedules) | | 0.00 | 0.00 |
| | | 0.00 | | |

B6F (Official Form 6F) (12/07)

In re    **Beverly Hills Bancorp Inc.**                        Case No.    **14-10897(KJC)**
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> American Stock Transfer & Trust Co <br> PO Box 12893 <br> Philadelphia, PA 19176 | - | | | | | | <br><br><br> 2,100.00 |
| Account No. <br><br> Annette Vecchio <br> c/o Manatt Phelps and Phillips LLP <br> 11355 West Olympic Blvd <br> Los Angeles, CA 90064 | - | | | X | X | X | <br><br> Unknown |
| Account No. <br><br> Bryce W. Miller <br> 340 South Lemon Ave <br> Walnut, CA 91789 | - | | | X | X | X | <br><br> Unknown |
| Account No. <br><br> Carol Schardt <br> 4444 Park Alisal <br> Calabasas, CA 91302 | - | | | X | X | X | <br><br> Unknown |

   **8**    continuation sheets attached                                        Subtotal <br> (Total of this page)      **2,100.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                       S/N:10795-140320     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                         Case No.    **14-10897(KJC)**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ConferenceCall.com PO Box 409573 Atlanta, GA 30384 | - | | | | | | 147.60 |
| Account No. | | | | | | | |
| Craig W. Kolasinski c/o Caldwell Leslie and Proctor PC 725 S Figuero Street 31st floor Los Angeles, CA 90017 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| CT Corporation 818 West Seventh Street Los Angeles, CA 90017 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Daniel A. Markee 5405 Londonderry Rd Minneapolis, MN 55436 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Edmund M. Kaufman 2684 Summit Drive Burlingame, CA 94010 | - | | | X | X | X | Unknown |

Sheet no. _1_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                147.60

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                    Case No.    **14-10897(KJC)**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Epport Richman & Robbins LLP 1875 Century Oark East #800 Los Angeles, CA 90067 | - | | | | | | 570.00 |
| Account No. | | | | | | | |
| Eric Rosa c/o Corbin Athey and Martinez LLP 601 West Fifth Street Suite 1150 Los Angeles, CA 90071 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Florida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Franchise Tax Board PO Box 942857 Sacramento, CA 94257 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Gary Dent 8353 Faust Ave. Canoga Park, CA 91304 | - | | | X | X | X | Unknown |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                570.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Beverly Hills Bancorp Inc.                                    Case No.   14-10897(KJC)
                              Debtor
                                                                              ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | Amounts owed on this guarantee claim are subsumed by amounts shown for Wilmington Trust Company as Indenture Trustee for the Junoir Subordinated Debentures issued by Beverly Hills Statutory Trust 2006 and Beverly Hills Statautory Trust II. | | | | |
| HoldCo Opportunities Fund LP 32 Broadway Suite 1111 New York, NY 10004 | - | | | X | | | |
| | | | | | | | 0.00 |
| **Account No.** | | | | | | | |
| Howard Amster Ramat Securities 23811 Chagrin Blvd. Suite 200 Beachwood, OH 44122 | - | | | X | X | X | |
| | | | | | | | Unknown |
| **Account No.** | | | | | | | |
| Iron Mountain PO Box 601002 Pasadena, CA 91189 | - | | | | | | |
| | | | | | | | 300.00 |
| **Account No.** | | | | | | | |
| John Kardos 13808 Torry Delmar Dr. San Diego, CA 92130 | - | | | X | X | X | |
| | | | | | | | Unknown |
| **Account No.** | | | | | | | |
| John Lannan c/o Carol A. Sobel Law Offices 3110 Main Street Suite 210 Santa Monica, CA 90405 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    300.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                               ,    Case No.    **14-10897(KJC)**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | | | | | |
| Joseph W Kiley III 14734 Valley Vista Blvd. Sherman Oaks, CA 91403 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| Kathleen Kellogg 1955 California Blvd. San Marino, CA 91108 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| KPMG LLP Dept 0922 PO Box 120922 Dallas, TX 75312 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| Larry Faigin 228 S. McCadden Place Los Angeles, CA 90004 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| Louisana Department of Revenue PO Box 201 Baton Rouge, LA 70821 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __4__ of __8__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                   Case No.    **14-10897(KJC)**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Merrill Lynch Capital, Inc. 4 World Financial Center 250 Vesey Street New York, NY 10080 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Nagler & Associates 2300 S Sepulveda Blvd Los Angeles, CA 90064 | | - | | | | | | 890.00 |
| Account No. | | | | | | | | |
| Oregon Department of Revenue 255 Capital St NE Suite 151 Salem, OR 97310 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert Deutschman Cappello Group, Inc. 100 Wilshire Blvd. Suite 1220 Santa Monica, CA 90401 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert Kanner c/o BuckleySandler LLP 100 Wilshire Blvd Suite 1000 | | - | | | X | X | X | Unknown |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                890.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                    Case No.    **14-10897(KJC)**
                                                          ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Rothgerber Johnson & Lyons 1200 17th Street Suite 300 Denver, CO 80202 | - | | | | | | | 96.00 |
| Account No. | | | | | | | | |
| Sheldon Eisdenberg 19221-2 Index St Porter Ranch, CA 91326 | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| State Comptroller PO Box 149348 Austin, TX 78714 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| State of New Jersey PO Box 247 Trenton, NJ 08646 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Stephen Glennon 917 Boston Post Road Madison, CT 06443 | - | | | | X | X | X | Unknown |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                96.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beverly Hills Bancorp Inc.**                                                    Case No. ___14-10897(KJC)___
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Takeo Sasaki** **2889 Plaza Del Amo #127** **Torrance, CA 90503** | - | | | X | X | X | Unknown |
| Account No. **TroyGould PC** **1801 Century Park East** **Suite 1600** **Los Angeles, CA 90067** | - | | | | | | 1,310.00 |
| Account No. **US Capital Funding V, Ltd.** **Stone Castle Advisors** **152 W 57th Street** **New York, NY 10019** | - | | Amounts owed on this guantantee claim are subsumed by amounts shown for Wilimngton Trust Company as Indenture Trustee for the Junior Subordinated Debentures issued by Beverly Hills Statutory Trust 2006 and Beverly Hills Statutory Trust II. | X | | | 0.00 |
| Account No. **US Capital Funding VI, Ltd.** **Stone Castle Advisors** **152 W 57th Street** **New York, NY 10019** | - | | Amounts owed on this guarantee claim are subsumed by amounts shown for Wilmington Trust Company as Indenture Trustee for the Junior Subordinated Debentures issued by Beverly Hills Statutory Trust 2006 and Beverly Hills Statutpory Trust II. | X | | | 0.00 |
| Account No. **US Treasury** **1500 Pennsylvania Ave. NW** **Washington, DC 20220** | - | | | X | X | X | Unknown |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,310.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beverly Hills Bancorp Inc.**                                      Case No.  **14-10897(KJC)**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **William King**<br>**9 Wideloop Road**<br>**Palos Verdes Peninsula, CA 90274** | - | | | | X | X | X | **Unknown** |
| **Account No.** | | | | As Indenture Trustee<br>for the Junior Subordinated Debentures<br>issued by Beverly Hills Statutory Trust 2006 | | | | |
| **Wilmington Trust Company**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | - | | | | | | | **20,619,000.00** |
| **Account No.** | | | | As Indenture Trustee<br>for the Junior Subordinated Debentures<br>issued by Wilshire Acquisitions Trust I | | | | |
| **Wilmington Trust Company**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | - | | | | | | | **10,300,000.00** |
| **Account No.** | | | | As Indenture Trustee for the Junior<br>Subordinated Debentures issued by Beverly<br>Hills Statutory Trust II | | | | |
| **Wilmington Trust Company**<br>**1100 North Market**<br>**Wilmington, DE 19890** | - | | | | | | | **5,155,000.00** |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet no.  **8**  of  **8**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **36,074,000.00** |
| Total<br>(Report on Summary of Schedules) | **36,079,413.60** |

B6G (Official Form 6G) (12/07)

In re   **Beverly Hills Bancorp Inc.**                                              Case No.   **14-10897(KJC)**
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Beverly Hills Bancorp Inc.**                      Case No.   **14-10897(KJC)**

                                 Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration) (12/07)

**United States Bankruptcy Court**
**District of Delaware**

In re  BEVERLY HILLS BANCORP INC.            ,                    Case No.  14-10897 (KJC)
                        Debtor                                                      Chapter 11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: April 29, 2014                         Signature:   _/s/ Bradley D. Sharp_____
                                                               **Bradley D. Sharp**
                                                               **Chief Restructuring Officer**

-----------------------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

01:15408512.1