**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                   Chapter 11

Beverly Hills Bancorp Inc.

    Debtor-in-Possession                           Case No. 14-10897-KJC

---

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

                                      ROBERTA A. DeANGELIS,
                                      **UNITED STATES TRUSTEE REGION THREE**

                                      /s/ David L. Buchbinder
                                      Thomas Patrick Tinker
                                      Assistant United States Trustee

DATED:  April 30, 2014

Trial Attorney Assigned to Case:  David L. Buchbinder
cc: Attorney for Debtor:  Joseph Barry, Esq.; Young, Conaway, Stargatt & Taylor